UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re

KAYLEEN CARIDO,                                                                  Case No. 23-40429

                                                                                              Chapter 7


                          Debtor.
---------------------------------------------------------------x

## STATEMENT OF PRE-PETITION SERVICES
## PURSUANT TO E.D.N.Y. LBR 2017-1

1.        I am a member of Ortiz & Ortiz, LLP ("O&O") serving as bankruptcy counsel for 35 years. Pursuant to E.D.N.Y. LBR 2017-1, I hereby make the following statement regarding the services rendered to the above-captioned debtor prior to the commencement of this case.

2.        As required by Local Bankr. Rule 2017-1(ii), annexed hereto is an itemization of the services rendered to the debtor prior to the bankruptcy filing.

3.        As required by Local Bankr. Rule 2017-1(i), the following is a description of the pre-petition services rendered to the debtor: Along with members of the firm's staff, I consulted with the Debtor on no less than five occasions regarding the bankruptcy case generally, the options available to him, the financial information pertinent to his case, the financial course requirements, the need for the complete and accurate disclosure of the information contained in the schedules and related documents, the debtor's pre-petition duties, the debtor's post-petition duties, and whether the debtor qualified to file a Chapter 7 case. I interviewed the debtor on more than one occasion in connection with the preparation of his petition before it was filed.

4.  Based upon the firm's time records, no less than $1,235 of services were rendered by the firm's staff prior to the bankruptcy filing. The only expense incurred was the filing fee of $338.00.

5.  The Debtor agreed to compensate the firm at its customary rates for Chapter 7 cases: $475.00 an hour for the services rendered by the undersigned and $150.00 an hour for services rendered for paralegal services.

Date: Feb. 21, 2023  
New York, NY

                                  *Norma E. Ortiz*  
                                  Norma E. Ortiz, Esq. (NEO 4748)  
                                  Ortiz & Ortiz, LLP  
                                  287 Park Avenue South, Ste. 728  
                                  New York, NY 10010

**Ortiz & Ortiz, L.L.P.**  
287 Park Avenue South Ste. 728  
New York, NY 10010  
United States  
718-522-1117

Ortiz & Ortiz, L.L.P.

**Kayleen Carido**

| | |
|---|---|
| **Balance** | $1,573.00 |
| **Invoice #** | 00132 |
| **Invoice Date** | February 21, 2023 |
| **Payment Terms** | |
| **Due Date** | |

**Kayleen Carido Bankruptcy**

For services rendered between
October 01, 2022 and February 07, 2023

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 10/14/2022 | NO | Client Communication | Consultation | $450.00 | 1.0 | $450.00 |
| 12/06/2022 | NS | Document: Draft, Revise or Review | Looked over folder to see what we had and what we needed so I could follow up with client. | $150.00 | 0.2 | $30.00 |
| 12/23/2022 | NS | Document: Draft, Revise or Review | Went through folders, emails, and MyCase but didn't see many documents. Asked Chris to follow up. | $150.00 | 0.2 | $30.00 |
| 01/18/2023 | NS | Document: Draft, Revise or Review | Finalize draft 1 of petition. Waiting on small answers from client before sending for review. | $150.00 | 1.5 | $225.00 |
| 01/25/2023 | NS | Document: Draft, Revise or Review | Made final changes with clients answers and sent a full first draft of the petition | $150.00 | 0.2 | $30.00 |
| 02/03/2023 | NO | Communicate (with client) | Review schedules and statement of financial affairs with debtor and email debtor with missing information | $400.00 | 0.5 | $200.00 |
| 02/03/2023 | NS | Document: Draft, Revise or Review | Reviewed entire petition before the attorney spoke to the client and went over it. | $150.00 | 0.7 | $105.00 |
| 02/07/2023 | NS | Document: Draft, Revise or Review | Filed case and all documents except for 2017 and Decl. of payment advices. | $150.00 | 1.1 | $165.00 |
| | | | | Totals: | **5.4** | **$1,235.00** |

### Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 02/07/2023 | NS | Court- Filing | Filing Fee | $338.00 | 1.0 | $338.00 |
| | | | | Expense Total: | | **$338.00** |

| | |
|---|---:|
| Time Entry Sub-Total: | $1,235.00 |
| Expense Sub-Total: | $338.00 |
| **Sub-Total:** | $1,573.00 |
| | |
| **Total:** | $1,573.00 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$1,573.00** |